**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    James J Weiss<br>    Karen A Weiss<br>        Debtor(s) | Case No. 09 B 24178 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/01/2009.

2) The plan was confirmed on 08/31/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/31/2009, 01/30/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/03/2011.

5) The case was Dismissed on 07/17/2013.

6) Number of months from filing to last payment: 44.

7) Number of months case was pending: 54.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $45,524.22 | |
| Less amount refunded to debtor | $3.43 | |
| **NET RECEIPTS:** | | **$45,520.79** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $2,414.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $2,326.21 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,740.21** |

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMC Mortgage Serivces | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Associated Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Beneficial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Beneficial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 2,220.00 | 2,553.36 | 2,553.36 | 1,890.35 | 0.00 |
| Capital One | Unsecured | 1,517.00 | 742.66 | 742.66 | 549.83 | 0.00 |
| Capital One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Catherine Tape Reporting | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Catherine Tape Reporting | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CCO Mortgage/RBS Citizens | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CCO Mortgage/RBS Citizens | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Charter One Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Charter One Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase Automotive Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chrysler Financial Services Americas LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Conseco Finance Servicing Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Conseco Finance Servicing Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Countrywide Home Loans Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Creditors Bankruptcy Service | Unsecured | 262.00 | 365.82 | 365.82 | 270.84 | 0.00 |
| Discover Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Discover Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Discover Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | 4,280.00 | 4,665.79 | 4,665.79 | 3,454.28 | 0.00 |
| ECast Settlement Corp | Unsecured | 1,514.00 | 1,754.02 | 1,754.02 | 1,298.58 | 0.00 |
| Ford Motor Credit Corporation | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Ford Motor Credit Corporation | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Franklin Park Dental Association | Unsecured | 1,857.58 | NA | NA | 0.00 | 0.00 |
| GE Money Bank | Unsecured | 195.00 | 195.60 | 195.60 | 141.53 | 0.00 |
| GEMB | Unsecured | 342.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC Taxpayer Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| J C Penney Co Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Kohl's/Kohl's Dept Stores | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Lane Bryant | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 493.00 | 639.88 | 639.88 | 473.73 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 7,637.00 | 8,009.16 | 8,009.16 | 5,929.51 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 5,030.00 | 5,378.48 | 5,378.48 | 3,981.91 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 355.89 | 463.76 | 463.76 | 343.34 | 0.00 |
| Providian Financial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 10,789.00 | 11,720.53 | 11,720.53 | 8,677.19 | 0.00 |
| Santander Consumer USA | Secured | 13,568.44 | 13,131.92 | 13,349.96 | 13,349.96 | 419.53 |
| Sears/Citibank SD | Unsecured | 9,502.00 | NA | NA | 0.00 | 0.00 |
| St Paul Federal | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| St Paul Federal | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Target | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Triad Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNVL/CITI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Financial Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Financial Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Financial Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Home Mortgage | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Home Mortgage | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/Lane Bryant | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $13,349.96 | $13,349.96 | $419.53 |
| **TOTAL SECURED:** | **$13,349.96** | **$13,349.96** | **$419.53** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$36,489.06** | **$27,011.09** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,740.21 |
| Disbursements to Creditors | $40,780.58 |
| **TOTAL DISBURSEMENTS** : | **$45,520.79** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/19/2013              By: /s/ Marilyn O. Marshall
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**